# EXHIBIT 1

# Invoice

# D.C. Disability Law Group, P.C. - User Summary

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| **Alana Hecht** | | | | | | |
| 06/24/2016 | initial in-person meeting with the parent following previous HOD to plan new case and request for FAPE based on the IHO's suggestion that we ask for one over the summer and DCPS will have to give us one. explained possible outcomes of this request and different strategies depending on how DCPS proceeds. | $465.00 hr | 0.50 | 0.50 | $232.50 | 0.00 |
| 06/24/2016 | Following review of HOD stating that for FAPE for 16-17 we will have to request FAPE over summer for this student, located two cases cited by the IHO in his decision and reviewed them in detail to make sure I have a full understanding of the case law in this arena. We will follow IHO Vaden's suggestion and make a request for FAPE for 16-17. | $465.00 hr | 0.60 | 0.60 | $279.00 | 0.00 |
| 06/28/2016 | Receive and review draft letter from expert/ educational advocate Holman that is being drafted to request a FAPE for the 16-17 school year based on the IHO from the previous HOD suggesting that if we request a FAPE over summer, DCPS has to give one before SY 16-17. Reviewed for any legal information contained in the letter, to determine if it covers all required points, and to make any suggested edits. | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 06/28/2016 | Receive and review email from expert/ advocate Holman to DCPS, sent to make a formal request for FAPE for 16-17. Reviewed to determine what changes, if any, were made to the letter and to ensure that the letter was sent to the appropriate personnel at DCPS. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
| --- | --- | --- | --- | --- | --- | --- |
| 07/13/2016 | Receive and review email from DCPS now asking for the parent to fill out a residency form so that she can receive an offer of FAPE for this student. This is a tactic to delay offer of FAPE. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 07/14/2016 | Phone call to the parent to advise her of the request by DCPS that she fill out a residency verification form. Advised of what I will say when I respond to DCPS, and advised parent on the inability of DCPS to refuse to offer FAPE unless she proves residency. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 07/14/2016 | Draft and send email response to DCPS re: residency verification form . Advised that the parent would fill it out, but she has not moved and is a DC resident, so DCPS still has to offer a FAPE timely. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 07/20/2016 | Receive and review email from DCPS advising that they will ensure that an offer of FAPE is made for this student prior to the 16-17 school year. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 08/05/2016 | Phone call to the parent about sending letter to Effectuate Unilateral Placement based on failure of DCPS to offer any IEP or placement as of this time and the deadline for the 10 day letter. Provided parent with advice/ counsel on unilateral placement, next steps, ability to file a motion for enforcement of stay put, and | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 08/05/2016 | Based on the start-date for the first day of school for DCPS and the need to give notice to DCPS of the possible unilateral placement if no FAPE is offered, draft detailed Notice to Effectuate Unilateral Placement. Time includes search for, and inclusion of, relevant legal citations, an explanation of the denial of FAPE, and an explanation of what will be provided to the student at the unilateral placement if no FAPE is offered before the beginning of SY 16-17. Reviewed/ revised as appropriate. Time also includes sending to DCPS via | $465.00 hr | 1.20 | 1.20 | $558.00 | 0.00 |

2

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 08/05/2016 | Receive and review email from DCPS in response to our letter of unilateral placement. Ms. Anitra King, Resolution Director- Compliance and Policy- advised that the agency is aware of their requirement to offer a FAPE prior to the 16-17 school year and will do so. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 08/10/2016 | Receive and review email from DCPS stating one date and time less than 48 hours from now that they can have the IEP meeting requested for this student more than a month ago to receive an offer of FAPE for this school year. This must be responded to immediately. This will be used if another case is needed for the failure to offer a FAPE for this upcoming school year. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 08/10/2016 | Following receipt of email from DCPS, call to the parent to discuss this last minute request for a meeting (in 44 hours). Parent advised she started new job this week and cannot take off without more notice. Discussed with parent attempts we would make to schedule so the parent can actually attend. Also discussed the fact that DCPS has failed to provide any draft IEP for the parent to review so that she can meaningfully participate in the meeting, and advised parent of her right to have that five days before the meeting. Discussed implications of illegal actions. Advised parent that we may need to file complaint depending on response to our request to | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 08/10/2016 | receive and review email from educational advocate to DCPS, sent at my request/ direction, advising of the illegal actions of the agency in failing to provide the parent with a draft IEP in advance of the meeting and now insisting the meeting be in less than 48 hours when the parent is unable to get off of work or meaningfully participate. This will likely lead to a complaint. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

3

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 08/11/2016 | Conduct additional case law and statutory research on requirement to have IEP in place prior to the beginning of the school year for use in new due process complaint for this student including cases specifically pertinent to DC / District Court or Court of Appeals for DC circuit. | $465.00 hr | 2.90 | 2.90 | $1,348.50 | 0.00 |
| 08/17/2016 | Receive and review email from DCPS responding to the notice of unilateral placement and sending an "LOS letter." reviewed both to determine case strategy and the appropriate response. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 08/18/2016 | Call to the parent to advise her of the receipt of the LOS letter and the Response to the Notice of Unilateral letter. Advised as to the illegality of these actions. Advised of the actions I can take on her behalf, including sending a communication advising DCPS that there is no IEP or FAPE. Answered parent's questions. Devised | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |
| 08/22/2016 | Draft and send email to Mr. Weiler in response to his response to the notice of unilateral placement. Advised of the reasons that the agency denied the student a FAPE an the parent's intent to pursue legal action. Time includes review of initial unilateral letter and DCPS's | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |
| 08/26/2016 | Conduct research on stay put procedures and likelihood of success on merits in the D. Court to determine whether to ask for stay put from the D. Court judge in the appeal, or whether to file a second due process complaint and file it there. | $465.00 hr | 2.00 | 2.00 | $930.00 | 0.00 |
| 08/30/2016 | Begin process of drafting new due process complaint by taking facts from previous complaint and using them to cull out the most relevant/ needed facts for the new complaint.  Facts were more than 25 pages | $465.00 hr | 2.00 | 2.00 | $930.00 | 0.00 |
| 08/30/2016 | Continue process of drafting due process complaint by adding additional facts including the filing of the previous complaint, the appeal we are filing, and the request for the FAPE for this coming school year. | $465.00 hr | 3.50 | 3.50 | $1,627.50 | 0.00 |

4

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 08/31/2016 | Continue drafting the due process complaint by drafting and reviewing prayer for relief | $465.00 hr | 0.50 | 0.50 | $232.50 | 0.00 |
| 08/31/2016 | conduct legal research on specific case law and statutory provisions related to unilateral placement and failure to offer placement prior to beginning of school year. After locating/ identifying and reviewing relevant case law and statutory provisions, draft appropriate language and citations in complaint to address all the | $465.00 hr | 4.20 | 4.20 | $1,953.00 | 0.00 |
| 09/01/2016 | continue working on due process complaint by adding additional legal authority in the complaint, and drafting the one claim including applying the facts to the law. | $465.00 hr | 2.70 | 2.70 | $1,255.50 | 0.00 |
| 09/01/2016 | Complete due process complaint by drafting lengthy section regarding relief and applying standard for unilateral placement and prospective placement. | $465.00 hr | 1.90 | 1.90 | $883.50 | 0.00 |
| 09/01/2016 | Draft and send draft due process complaint to the parent and advocate for a final read/ review and any suggestions/ revisions prior to filing. Advised of the timeline for filing and decisions, and the motion for stay put that will be filed in the case. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/05/2016 | Begin process of drafting Motion to Enforce Stay Put Protections by conducting legal research for use in supporting the arguments. This includes IDEA and case law. Located relevant cases, reviewed, and took notes regarding relevant quotes/ citations to include. Input into word document for use in creating motion. | $465.00 hr | 4.70 | 4.70 | $2,185.50 | 0.00 |
| 09/06/2016 | Per the recent email from ODR providing a new form for due process complaints, transfer complaint from old format for filing purposes, as this is now required. | $0 hr | 0.30 | 0 | $0.00 | 0.30 |
| 09/06/2016 | Review and revise complaint (55 pages in total) for clarity, typos, citations, and persuasiveness, prior to filing on behalf of the client. | $465.00 hr | 0.80 | 0.80 | $372.00 | 0.00 |
| 09/06/2016 | File due process complaint with ODR and serve on DCPS. | $0 hr | 0.20 | 0 | $0.00 | 0.20 |

5

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 09/06/2016 | Continue process of drafting Motion to Enforce Stay Put Protections by creating outline and inputting choice facts from the complaint as background. Time includes reviewing all facts and identifying only the most relevant for inclusion in the motion. Also includes outline of legal argument for later drafting. | $465.00 hr | 5.50 | 5.50 | $2,557.50 | 0.00 |
| 09/07/2016 | Draft and send email to the IHO and DCPS counsel re: stay put advising that we can't wait to file it to find out if DCPS is contesting it because of the urgency. Filed the motion with the explanation, and advised that if DCPS does not contest it, they won't file an opposition. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/07/2016 | Receive and review Notice of IHO Appointment indicating that Bill Jaffe is the assigned DCPS attorney and Mr. Seat is the assigned IHO. Reviewed notice for proposed hearing dates and PHC dates and IHO | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/07/2016 | Continue process of drafting Motion to Enforce Stay Put Protections by filling in outline, fleshing out the legal citations and arguments, applying facts to the law, and drafting an intro and conclusion/ certificate of service, etc. Prepared for final review before filing. | $465.00 hr | 4.90 | 4.90 | $2,278.50 | 0.00 |
| 09/07/2016 | Receive and review email from DCPS asking for dates/ times for the RSM in this case and giving me a deadline for when it has to happen. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/07/2016 | Receive and review email from the IHO asking the parties to weigh in on when we are available for the DPH and PHC. He provided dates for our review and consideration. He asked whether we need one or two days for the hearing. finally, he said any pre-HOD order on stay put requires a motion to be filed. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/07/2016 | Draft and send email to Mr. Seat, the IHO, advising him that we will be filing the motion he referenced in his email in the morning. I advised that we will probably need two days for the hearing. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

6

| Date | Description | Rate | Hours | | Amount | |
|------|-------------|------|-------|---|--------|---|
| 09/07/2016 | Receive and review email from the hearing officer asking if DCPS is gong to be contesting stay-put. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/07/2016 | Draft and send email response to the IHO advising that I have never had DCPS agree to stay put and that if they are willing to fund tuition and transportation, we can hold off on filing the motion. Advised that I would let dcps weigh in. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/08/2016 | Phone call to the parent to discuss the emails from the IHO about the PHC, DPH, and the motion for stay put. I advised the client as to the completion of the motion and the intent on filing it today. advised of the timeline for the filing. discussed the RSM session email and scheduling of that, in addition to requesting additional information about who would be involved and where they propose it should take place. answered parent's | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 09/08/2016 | File Stay Put Enforcement Motion and serve on DCPS anc | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 09/08/2016 | Draft and send email to the IHO in response to his request for dates for the PHC, DPH, and to answer questions about the hearing length expected. This was requested by the IHO yesterday. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/08/2016 | Receive and review email from attorney Jaffe from DCPS advising that it is not he, but Mr. Daniel McCall, that is going to represent DCPS in this case. Made note for my records. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/08/2016 | Following call with the parent, draft and send email to DCPS responding re: possible dates/ times for the RSM. Asked where they are proposing it be held and who will be participating. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/12/2016 | Receive and review email from DCPS attorney McCall advising of the dates/ times he is available for the PHC and DPH, per the request of the IHO last week. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

7

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 09/12/2016 | Receive and review Pre-Hearing Notice from IHO Seat providing his expectations for the PHC set for October. Made note of requirements/ deadlines including hearing and PHC date chosen by all parties. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/12/2016 | Receive and review email from the IHO indicating his chosen time and date for both the hearing and PHC based on all parties availability. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/13/2016 | Receive and review email from Daniel McCall, DCPS counsel, asking once again for an extension on the timeline to file his response/ opposition to the stay -put motion. He claims there will be no prejudice and it will be "helpful" to DCPS in the case. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/13/2016 | In order to ensure we are ready to draft and file a motion for summary judgment to dispose of the case without hearing, draft first draft of affidavits for expert/ educational advocate to review, revise as needed, and sign. These will be part of the evidence submitted with the motion. Used due process complaint for facts that need to be attested to by these witnesses in absence of | $465.00 hr | 1.40 | 1.40 | $651.00 | 0.00 |
| 09/13/2016 | In order to ensure we are ready to draft and file a motion for summary judgment to dispose of the case without hearing, draft first draft of the affidavit for the parent, Jean Holman, to read, revise as needed, and sign. These will be part of the evidence submitted with the motion. Used due process complaint for facts that need to be attested to by these witnesses in absence of | $465.00 hr | 1.20 | 1.20 | $558.00 | 0.00 |
| 09/13/2016 | Receive and review email from DCPS attorney McCall asking the hearing officer for more time to respond to the stay put motion because he "got into the case late." | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 09/13/2016 | Draft and send email to the IHO and DCPS counsel objecting to any extension of the deadline for DCPS to respond to our motion for stay put protections. Explained the prejudice that the parent would face and the fact that the parent is paying and transporting the student. Explained that McCall had the case when we filed the Motion and was the attorney on the previous | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/14/2016 | Receive and review email from the IHO advising DCPS that they can only have one extra day to file the opposition to the stay-put motion. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/15/2016 | Receive and review email sent by DCPS attorney McCall last evening explaining that DCPS has chosen not to file a Response to our Motion for Stay Put Protections and Transportation. This should lead to an Order in our favor on the issue. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/15/2016 | Following receipt of the email from DCPS's attorney stating that the agency will not be filing an opposition to the motion for Stay Put protections, draft and send email to the IHO asking for an Order on the relief sought in the Motion. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/16/2016 | Receive and review email from DCPS providing information about the resolution session location and listing some of the participants in that meeting. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/16/2016 | Receive and review email from DCPS attorney McCall filing his Response to the Complaint and some attachments. Reviewed both the Response and attachments to determine the strength/ content of DCPS's defenses in the case and to determine if any additional factual or legal research will be needed based on these defenses. Also reviewed to see what documentation was submitted. Need to be able to | $465.00 hr | 0.70 | 0.70 | $325.50 | 0.00 |

9

| Date | Description | Rate | Hours | Hours | Amount |
|---|---|---|---|---|---|
| 09/16/2016 | Call to the parent following receipt of DCPS's Response to explain their defenses and provide guidance/ legal advice about strength of their arguments and the legal ramifications of their claims/ defenses. Answered parent's questions. | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 09/16/2016 | Draft and send email to the IHO and DCPS's counsel following review of DCPS's Response and my phone call with the parent. Advised that we believe the case can be disposed of on dispositive motions, and advised I would be filing Motion for Summary Judgment. Advised that although DCPS did not file a Motion to Dismiss, their claims in the Response that the case is moot or overlaps with the d. court case are not true. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/16/2016 | Receive and review email from DCPS resolution scheduler inviting us to a RSM meeting on the 20th at 1 but not saying where or who would be involved. We said the meeting would have to be at 1:30 or after in the last email w sent. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/16/2016 | Phone call to the parent to check about her availability still on the 20th for the RSM. Advised of the invitation we got and the outstanding questions I asked in return. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/19/2016 | Receive and review email from DCPS advising that the RSM is confirmed and advising that their attorney, Daniel McCall, may participate via telephone. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/20/2016 | Draft and send letter, to be transmitted by email, to expert Dr. Heather Jennett and potential witness in the case, advising her of the status of the student's case and our request that I meet with her and have her sign an affidavit in the hopes that we can file a motion for summary judgment in his case and not have to go to a | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |
| 09/20/2016 | Prepare for the resolution session in this case by reviewing complaint and determining what if any resolution may be possible. Make notes for use during | $465.00 hr | 0.60 | 0.60 | $279.00 | 0.00 |

10

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 09/20/2016 | Participate in RSM with parent for purpose of determining if the parties can resolve the case. No resolution will be possible. | $0 hr | 1.10 | 0 | $0.00 | 1.10 |
| 09/20/2016 | Following RSM, call to parent to discuss the outcome of the meeting, to discuss next steps in light of the failure to resolve, and to answer parents' questions. | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |
| 09/21/2016 | Draft and send email to the IHO providing him with the RSM disposition form, as required by his PHO. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/28/2016 | Start process of drafting motion for summary judgment by first doing legal research on all the different legal subject matter that needs to be discussed in the motion including summary judgment standard, failure to offer IEP/ placement prior to school year, prospective and reimbursement. | $465.00 hr | 4.20 | 4.20 | $1,953.00 | 0.00 |
| 09/28/2016 | Receive and review email from Courtney Ballard of DCPS providing documents from the resolution session including the sign in sheet and the disposition form, in addition to the notes. Reviewed to determine if they are accurate or if any comments/ corrections need to be | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/28/2016 | Draft and send email to resolution specialist Ballard in response to her sending the RSM notes. Advised of one correction to the notes about signing a consent form for DCPS to observe/ get records. Advised we signed two in the last year and did not refuse authorization at the meeting. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/29/2016 | Receive and review email from the IHO providing a Stay Put Order granting our motion. Reviewed to determine grounds and to advise the parents accordingly. Also reviewed to determine if this will assist in the motion for summary judgment. | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 09/29/2016 | Phone call to the parents to advise on the Order granting the stay put motion and next steps in the case. Answered questions. | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |

11

| Date | Description | Rate | | | | |
|------|-------------|------|---|---|---|---|
| 09/30/2016 | Draft and send email to DCPS following receipt of the stay put order asking for information about implementation so I can advise the parent accordingly. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 09/30/2016 | Draft and send email to Auburn school directors to advise them of the stay-put order and the likely event that they will be contacted shortly by DCPS for implementation purposes. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/03/2016 | Receive and review email from DCPS CCM Ms. Ballard asking to schedule the IEP meeting discussed in the due process complaint. The dates offered are the first day of the DPH (Nov 8) and 8 days after the DPH. They want the meeting to be held at DCPS HQ. This will need to be declined in light of stay put and because the dates of the meeting mean that we will already have had a decision or hearing in the case. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Draft and send email to DCPS re: their failure to comply with the stay put Order. Advised that transportation needs to be arranged and tuition paid back to the beginning of the year given that is when we invoked stay put. Asked for a response asap. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email from Mr. Bryant at DCPS advising me that Ms. Ford will be responsible for implementation of the stay put order in this case. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email from Ms. Ford of DCPS telling me that actually it will be Ms. Courtney Ballard from DCPS that will be responding re: the implementation of the stay put order. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email from Ms. Ford of DCPS saying that she will be helping Ms. Ballard with implementation of the stay put order and needs the address to both auburn school and the student's home. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

12

| Date | Description | Rate | Hours | Hours | Amount |
|------|-------------|------|-------|-------|--------|
| 10/04/2016 | Receive and review email from advocate to DCPS, sent at my request/ direction, providing the needed information about Auburn and the student's home for implementation of the transportation per the stay put | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email chain between DCPS and the advocate re: implementation of the HOD. The advocate is being asked to provide DCPS with various information and she is responding with that information so that transportation and tuition can be paid per the Order of the IHO. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email from Ms. Ford at DCPS sending official documentation of the transportation authorization for the student per the stay put order that we won. It is being sent to a transportation company for implementation. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email from the educational advocate to DCPS, sent at my request/ direction, re: mistakes in the authorization letter for transportation pursuant to the stay put order issued by IHO Seat. She asked for a revised letter. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email from the DCPS CCM providing revised authorization letter for transportation per stay put order. Reviewed to determine if appropriate changes were made. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/04/2016 | Receive and review email from the DCPS CCM requesting that we prove that payment was made to Auburn school so that they can reimburse the parent per the stay put order. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/05/2016 | Receive and review email from the DCPS CCM Ballard once again asking if we can have a CIEP meeting with DCPS on either the first day of the due process hearing or a week later. DCPS is trying to have this meeting despite the stay put and the law re: not moving the | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

13

| Date | Description | Rate | | | Amount |
|---|---|---|---|---|---|
| 10/05/2016 | draft and send email response to DCPS re: the proposed meeting they have asked about twice. Advised that it has been a Jewish holiday and I am out of town and that I will respond when I can, as I am in an all-day hearing today. The proposed meeting dates are more than a month away and one is on the day of our hearing and the other is a week later. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/05/2016 | Receive and review email from the advocate to DCPS, sent at my request/ direction, following her conversations with the parent about difficulties with stay put implementation including transportation. the email outlines all the logistical issues that have arisen that have made the transportation impossible to use including it coming after school started, the next day coming hours before school, and the fact that they aren't giving the information to Auburn needed for the school to release the student to the driver at the end of the day. Also no aide is being provided and the student | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Receive and review email response from DCPS re: stay put implementation probs with transportation. They basically put the onus on the parent to fix the problem or they will reimburse "mileage" for the parent if she gets someone to drive him. DCPS is required to provide transportation per the stay put order, but they have not been in compliance as of yet. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Draft and send email to DCPS in response to their request for an IEP meeting on the date of the due process complaint or the week after. Advised of several reasons why we must reject the meeting including the stay put order, the harm to the student in a mid-year move, and the pending litigation about the same issues. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

14

| Date | Description | Rate | Hours | Hours | Amount |
|---|---|---|---|---|---|
| 10/06/2016 | Receive and review email from advocate to DCPS sending the proof of payment of tuition to DCPS as they requested in order for them to be in compliance with the stay put order, which requires payment to Auburn back to the beginning of school (when we invoked stay put on the parent's behalf). | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Receive and review email from DCPS quoting the Order from the Stay Put Order stating that they will only refund on a month by month basis because of the fact that stay put only lasts during the litigation of the case. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Receive and review email from DCPS re: the stay put implementation (tuition reimbursement back to school starting). DCPS is sending a W-9 they need filled out in order to comply with the stay put order. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Receive and review email from DCPS attorney McCall forwarding an email I wrote about the proposed meeting for on or after the hearing, claiming I am engaging in bad behavior, and saying DCPS is "deeply concerned" about my actions in refusing to have an IEP meeting. he wants an emergency PHC and he provides | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Draft and send email to Mr. Seat responding to the email just sent by Mr. McCall accusing me personally of bad behavior. advised of the stay put and the reasons for rejecting the meeting. Advised it is our position that we cannot move the student mid-year. Reminded the IHO that we are getting ready to file the MSJ. Advised of my limited availability for the PHC that Mr. McCall just demanded. Advised I don't believe such a call is appropriate or necessary. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | continue process of drafting motion for summary judgment by starting process of drafting motion / memorandum and related filings. First draft simple several-page motion for filing along with memo in support. Time includes review of relevant documents. | $465.00 hr | 0.40 | 0.40 | $186.00 | 0.00 |

15

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 10/06/2016 | receive and review email from the IHO stating that he is not going to intervene in the case re: the meeting and the PHC that DCPS is requesting. He says if Petitioner is taking action that impacts on the equities of the case, DCPS can raise that later. The IHO also asked about the MSJ and whether DCPS agrees that the case can be disposed of with dispositive motions? The IHO warns that if not, it may be a waste of time for us to pursue the motion if there may be disputed material facts that will | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | continue process of drafting motion for summary judgment by starting drafting memorandum of points and authorities in support of motion for summary judgment by making outline of the pleading that includes headings.  Organized for clarity and meaning. | $465.00 hr | 2.20 | 2.20 | $1,023.00 | 0.00 |
| 10/06/2016 | Receive and review email response from DCPS's counsel re: whether he agrees that the case can be disposed of through dispositive motions. He indicates that he thinks some issues of fact can be stipulated to, and others require a hearing.  he says I should not file a motion for summary judgment. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Receive and review another email sent by DCPS saying that they will be having a hearing so they can support their argument that we won't attend an IEP meeting being proposed and that the refusal should result in a denial of any relief. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/06/2016 | Draft and send email response to the claims by DCPS in emails that they are having a hearing.  Advised that it is my understanding that there will only be a hearing if the MSJ is denied in whole or in part.  Advised we don't believe there are any material facts that will require a hearing.  Also advised that the actions of the parties are to be judged as of the time that they were made and any meeting being requested now is not relevant. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

16

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 10/06/2016 | Receive and review email from Ms. Ballard of DCPS re: stay put implementation. She gave a status re: the bus transportation and asked who would be taking the student tomorrow. She reiterated that DCPS will only reimburse the parent for mileage. DCPS is STILL not in compliance with the stay put Order. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/07/2016 | continue process of drafting motion for summary judgment by doing initial draft of affidavit for expert Dr. Heather Jennett. Will meet in person with the expert in person and review, make changes, and revise before having expert sign. Time includes review of issue in complaint and basic complaint facts for facts that need to be included in the affidavit. | $465.00 hr | 1.20 | 1.20 | $558.00 | 0.00 |
| 10/07/2016 | continue process of drafting motion for summary judgment by starting to fill out memo in support of motion for SJ by filling out the legal sections using the research done previously. | $465.00 hr | 2.40 | 2.40 | $1,116.00 | 0.00 |
| 10/07/2016 | In-person meeting with Dr. Heather Jennett, expert in the case. reviewed affidavit line-by-line, made revisions as appropriate. Finalized and had her sign for use in support of the motion for summary judgment. | $465.00 hr | 1.40 | 1.40 | $651.00 | 0.00 |
| 10/07/2016 | continue process of drafting motion for summary judgment by continuing draft of memo in support of motion for SJ by drafting legal analysis section of the memorandum in support including applying the facts to the law already drafted and arguing why the case is appropriate for summary judgment. Finished this | $465.00 hr | 5.60 | 5.60 | $2,604.00 | 0.00 |
| 10/07/2016 | Receive and review email from educational advocate to DCPS advising that the parent would arrange for transportation for the student until the bus starts because of the inappropriate transportation offered by DCPS. DCPS is supposed to be transporting the student per the Order issued by IHO Seat re: enforcement of | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

17

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/07/2016 | Receive and review email from DCPS now asking our firm to have the parent fill out a W-9 for implementation of the stay put Order. This was not provided until now, even though the IHO issued the stay | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/07/2016 | Receive and review email from advocate to DCPS advising them that the W-9 requested by DCPS for HOD implementation purposes is in the mail and will be received by the agency shortly. DCPS has been taking a long time to implement the Stay Put Order issued by | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/08/2016 | continue process of drafting motion for summary judgment by conducting additional research on additional provisions/ laws for use in the statement of facts not in dispute (about new legislation and some provisions of IDEA requiring mutually agreeable time/ | $465.00 hr | 0.90 | 0.90 | $418.50 | 0.00 |
| 10/08/2016 | continue process of drafting motion for summary judgment by drafting the statement of material facts not in dispute. Time includes review of complaint, memo in support of motion, and dcp's response in order to draft list of all facts not in dispute relevant to the | $465.00 hr | 3.30 | 3.30 | $1,534.50 | 0.00 |
| 10/09/2016 | finalize pleadings to file with motion for summary judgment by reviewing the motion, memorandum in support of the motion, and the statement of material facts, and by reviewing the affidavits thusfar. Made appropriate revisions for clarity, grammar, and persuasiveness. Prepare for filing (subject to changes in affidavits by witnesses). | $465.00 hr | 1.50 | 1.50 | $697.50 | 0.00 |
| 10/09/2016 | continued process of preparing to file MSJ motion and related pleadings (other than finalizing affidavits) by reviewing the pleadings and identifying all documents that need to be provided as exhibits in the case. After identifying all relevant documents, locate and identify documents, create exhibits, and prepare exhibits for filing along with the pleadings. | $465.00 hr | 2.40 | 2.40 | $1,116.00 | 0.00 |

18

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/09/2016 | Following identification/ creation of exhibits, go through each of the pleadings (motion, memorandum in support, statement of material facts) and add citations to the now-identified exhibits to prove the case with actual evidence. When all affidavits signed/ finalized, entire motion can be filed. | $465.00 hr | 3.00 | 3.00 | $1,395.00 | 0.00 |
| 10/10/2016 | Receive phone call from the parent who is finalizing her affidavit after I sent the initial draft. She had a few questions about the type of information I was looking for. Advised accordingly. | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |
| 10/10/2016 | Receive and review finalized and signed affidavits from educational advocate and also from the parent. Reviewed and compared to issue certified in the case and list of potential witness testimony I sent to the IHO to make sure all relevant areas are covered before | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 10/10/2016 | File MSJ and all related pleadings and exhibits. Serve on DCPS counsel and the IHO. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 10/11/2016 | Receive and review email from the IHO asking if we are set for the PHC this Thursday. He asked for the parties to send the list of potential witnesses, including if they will be experts. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/11/2016 | Draft and send email to the IHO confirming the PHC, reminding him that we don't think there will be a hearing following our MSJ, but drafting list of witnesses with expected testimony and expert designations, as | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 10/11/2016 | Receive and review email from client to DCPS checking on the status of the transportation that is supposed to be in place per the stay-put Order. DCPS is not in compliance with the order at this time. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/11/2016 | Draft and send email to the hearing officer outlining the failure of DCPS to comply with the stay put order and the efforts we are making to force them to comply. Asked for his assistance. Copy DCPS so they know we have reached out to the IHO about their non- | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 10/11/2016 | Receive and review email from educational advocate to DCPS, sent at my request/ direction, following up with phone call made with DCPS re: the transportation per the stay put order (that DCPS is still not in compliance with). She memorialized their conversation and outstanding concerns. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/11/2016 | Receive and review email from DCPS agreeing now that they will reimburse the parent $50 per day for her to hire someone to transport the student to Auburn until DCPS starts complying with the stay-put Order. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/11/2016 | Following receipt of email from DCPS, draft and send email to the IHO advising him that sending him the email re: stay put compliance seems to have done the trick in getting DCPS to agree to reimburse the parent for her having to transport the student to school. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/11/2016 | Receive and review email from the IHO providing a draft Pre-Hearing Order for us to review. He asked that we look closely at the Issues and Defenses prior to the PHC and also asks DCPS to send information about his proposed witnesses including expert designations and proffered testimony. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | Receive and review email from DCPS counsel McCall providing some of the requested information from the hearing officer for use in the draft PHO for today's PHC. He did not provide all requested information. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | Receive and review email from DCPS counsel McCall advising the IHO that he wants an extension on the response to the MSJ to October 19. No information provided about basis for extension. this would make it impossible to be ruled on in advance of the hearing. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/13/2016 | Draft and send email to DCPS counsel McCall and IHO Seat advising of our strenuous objection to the requested extension on the response to the MSJ to October 19. Advised the IHO that this would make it impossible to be ruled on in advance of the hearing and that it would be prejudicial to the parent. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | Draft and send email to DCPS counsel McCall and IHO Seat in response to the inadequate information provided by DCPS re: its witnesses for the upcoming hearing and the expertise that they are seeking for | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | Receive and review draft Pre-Hearing Conference Order sent last night by the IHO in this case in advance of the Pre-Hearing Conference for the review of the parties in advance of the conference. Reviewed to be able to advise the IHO if anything needs to be changed prior to the final order. Compared with the complaint (issues | $465.00 hr | 0.60 | 0.60 | $279.00 | 0.00 |
| 10/13/2016 | Participate in Pre-Hearing Conference with IHO and DCPS Counsel in order to review the claims, defenses, expected witnesses, expected length of hearing, the possibility of pre-hearing motions, and to determine IHO expectations of the parties for the upcoming due | $465.00 hr | 1.00 | 1.00 | $465.00 | 0.00 |
| 10/13/2016 | Receive and review email from DCPS telling the IHO that he may want to call the parent Jean Holman as an adverse witness in the case. he wants me to confirm that we will make her available and he won't need a | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | draft and send email response to DCPS counsel about calling the parent as an adverse witness. Advised that we will not make her available voluntarily as a witness for DCPS, but she will be present if we do have a hearing. Advised that they should be able to cross examine her on any issue that I raise. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

21

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 10/13/2016 | Receive and review email from DCPS stating they want the name and contact information for the Petitioner (Jean Holman's) boss so that they can consider whether to compel the boss to dispute that the parent could not have gotten off from work with 44 hours notice to attend a meeting. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | Draft and send email response to Mr. McCall about his request for information about the parent's employer. Advised we can discuss this request with the hearing officer during today's PHC. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | Receive and review email from DCPS to the IHO as the IHO requested providing the possible testimony of the witnesses if we have a hearing. This includes the additional detail the IHO asked Mr. McCall to provide during the PHC. Reviewed to determine next steps and for case-planning purposes. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/13/2016 | Receive and review email from the hearing officer providing his Pre-Hearing Order for both parties to review and object within 3 days if needed. Reviewed each and every page in order to know IHO expectations, deadlines, and to make sure the issue, relief, and defenses were accurately recorded. | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 10/17/2016 | In advance of DCPS filing its Opposition to the Motion for Summary Judgment, but based on advance notice from the PHC and DCPS Response of what their basic arguments/ alleged factual disputes are, started process of drafting reply by first making outline that includes basic structure of the reply. filled in outline with three basic arguments of dcps. started outline early because of short deadline for reply. | $465.00 hr | 1.50 | 1.50 | $697.50 | 0.00 |

22

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/17/2016 | Continue process of starting to draft Reply (in advance of DCPS actually filing its opposition) by locating three additional exhibits for use in the reply, reviewing each (including almost 100 pages of hearing testimony/ transcript, organizing and labeling the exhibits, and writing additional arguments in the draft Reply with citations to the exhibits in support of the parent's MSJ. | $465.00 hr | 3.50 | 3.50 | $1,627.50 | 0.00 |
| 10/17/2016 | Continue process of starting to draft Reply (in advance of DCPS actually filing its opposition) by locating three additional exhibits for use in the reply, reviewing each (including almost 100 pages of hearing testimony/ transcript, organizing and labeling the exhibits, and writing additional arguments in the draft Reply with citations to the exhibits in support of the parent's MSJ. | $465.00 hr | 3.50 | 3.50 | $1,627.50 | 0.00 |
| 10/18/2016 | Following review of DCPS's Opposition to the MSJ, using just what was written yesterday, add citations to my draft Reply. Additional sections need to be written and cited to in the Reply. | $465.00 hr | 1.40 | 1.40 | $651.00 | 0.00 |
| 10/18/2016 | Receive and review the Opposition to the Motion for SJ filed by DC last evening almost at midnight. Made annotations to add citations to my draft Reply, found additional arguments and quotes to include in the Reply, and determined what additional sections I would need to add to the Reply before filing. Also identified areas of additional legal research needed. | $465.00 hr | 1.20 | 1.20 | $558.00 | 0.00 |
| 10/18/2016 | Following review of DCPS's Opposition to the MSJ, conduct additional legal research including on areas such as IDEA's permitted use of motions and dispositive motions including SOPs and case law. Also researched several cases cited by DCPS in their Opposition that need to be distinguished/ discussed in the Reply. Made notes/ highlighted quotes/ page numbers for use in | $465.00 hr | 2.40 | 2.40 | $1,116.00 | 0.00 |

23

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/18/2016 | Continue process of drafting Reply to the Opp to the MSJ by adding several sections based on new legal research (including the use of dispositive motions in IDEA and two cases cited by DCPS and their inapplicability in the case. Also wrote additional sections of the Reply that could not have been written until DCPS filed its Opposition, including several confusing arguments made by DCPS in their Opposition. Also drafted arguments as to the lack of disputed facts or additional evidence proven by DC. Drafted introduction and conclusion. reviewed entire Reply for citations, facts, clarity, spelling, grammar, etc. Finalized File Reply to the Opp to the MSJ and attachments and sei | $465.00 hr | 4.50 | 4.50 | $2,092.50 | 0.00 |
| 10/24/2016 | Phone call to the parent for update on stay put implementation. Parent advised that stay put | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| | transportation still not in place. Advised the parent of the actions I would take on her behalf and also how we will ensure any costs associated with her transporting the student will be reimbursed because of the stay put | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |
| 10/24/2016 | Draft and send email to DCPS to advise that stay put transportation still not in place. Raised concerns about the delay and ask for an answer as to why the agency is not in compliance with the IHO's Order. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/25/2016 | Receive and review email from DCPS Allen King advising that there has been a problem stopping DCPS from arranging transportation. She advised that they can arrange private (which has not worked for this student) or reimburse the parent. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

24

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 10/27/2016 | Receive and review email from the hearing officer indicating he has been giving the MSJ a great deal of attention and has a question for each counsel. He asked DCPS if he really doesn't dispute any of the facts that I put in the Statement of Material Facts Not in Dispute. He asked me if he should still proceed with a ruling if he is not willing to consider an IEP but only reimbursement and prospective placement through the end of the year. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/27/2016 | Phone call to the parent re: the email sent by the IHO re: not considering the IEP and whether we want to proceed with the motion. Advised parent of the fact we were not likely to get an IEP with a hearing, advised re: not withdrawing the motion, advised about the ramifications of the question the IHO asked DCPS, and discussed likelihood of success on the motion. | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 10/28/2016 | Draft and send email response to the IHO advising him that we don't wish to withdraw the motion. Advised as to why it would be appropriate to order an IEP, but advised that if that is not on the table, we want to proceed on the main relief we are requesting- reimbursement and placement through the end of the | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/28/2016 | Receive and review response from DCPS to the IHO about whether or not he really doesn't dispute our facts in the Statement of Material Facts Not in Dispute. He says he will "take a look at it this morning." DCPS is being given more chances to identify disputed facts. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

25

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 10/28/2016 | Draft and send email response to the IHO re: his email asking DCPS if they really don't dispute the facts. Advised that I was under the impression we would get a ruling on the motion by today, and that with the five day due soon, the delay is a concern. Reminded him that the delay is a result of DCPS getting an extension on the Response to the MSJ. Objected to the chance for DCPS to identify facts in dispute that were not part of his Opposition to the Motion or his Response to the | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/28/2016 | Receive and review email from DCPS "strongly objecting" to any order on an IEP because DCPS has been trying to set up an IEP meeting and I am refusing to allow a meeting to proceed. DCPS says they want the hearing officer to order us to comply with the IEP | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/28/2016 | Following receipt of yet another email from DCPS trying to bait us into a meeting, draft and send email to Ms. Ballard outlining all the reasons we cannot have a meeting. Also advised that since the IHO is ruling on the MSJ well before the meeting dates proposed, it makes more sense to wait for the decision before we make any meeting plans. Also reminded them that the dates offered are way after the decision will be issued, which | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/28/2016 | In order to provide the IHO with an answer to his question about the relief he is considering and whether we should proceed with a hearing if he is not considering providing an IEP, conduct quick research to see whether there are any relevant cases directly on point other than those that provide the IHO with authority to provide any equitable relief. | $465.00 hr | 0.50 | 0.50 | $232.50 | 0.00 |

26

| Date | Description | Rate | | | Amount | |
|------|-------------|------|---|---|--------|---|
| 10/28/2016 | Draft and send email to the IHO advising why we believe ordering an IEP would be appropriate as part of any order, but advised that either way, we want him to issue an order re: reimbursement/ placement through 16-17. Clarified any confusion about the relief we are willing to accept without a hearing. Responded re: DCPS's allegations that no IEP should be ordered. Explained that their arguments in support of this make no sense in light of the meeting dates they offered. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/28/2016 | Receive and review proposed settlement agreement sent by DCPS for my review with the client. Reviewed paragraph by paragraph to understand the nature of the offer to be able to advise the parent and adequately respond. | $465.00 hr | 0.20 | 0.20 | $93.00 | 0.00 |
| 10/28/2016 | Following receipt of proposed settlement agreement, call to the parent to discuss the terms of the offer, to advise on the likelihood of winning on the MSJ, and to determine next steps and response to be sent to DCPS. Parent wants me to reject the offer. Discussed timeline with parent on Motion and what happens if it is denied. | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 10/28/2016 | following phone call with parent, draft and send email to DCPS rejecting the settlement offer on the parent's | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 10/28/2016 | Draft and send email to the IHO advising that we filed the Motion to Enforce Stay Put Protections and DCPS has indicated they are not filing a response. Advised that the parent is transporting and paying for the student. Requested information on when the Motion may be ruled on. Also advised we want to file a Motion for Summary Judgment, and want to discuss a timeline for filing it based on our belief the case can be resolved on dispositive motions. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 10/31/2016 | Draft and send email to DCPS supervisor asking whether or not DCPS has been able to fix the problem that has kept them from complying with the stay put order (transportation to Auburn). | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Receive and review email from DCPS stating that the issue has been resolved and was due to the fact that Auburn doesn't have a COA. According to Ms. King, implementation could take another 3 to 10 days. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Draft and send email response to Ms. King re: implementation of stay put. Advised that it is an unacceptable delay and the parent will seek reimbursement for $50 a day for the time that she had to pay to have him transported when DCPS was supposed to be funding and transporting the student. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Draft and send email response to Ms. King re: implementation of stay put. Advised that it is an unacceptable delay and the parent will seek reimbursement for $50 a day for the time that she had to pay to have him transported when DCPS was supposed to be funding and transporting the student. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Draft and send email to the IHO raising concern that the five day deadline is today and I have had to start working on the cover sheet because we haven't gotten a ruling on the MSJ yet. Asked for an update on when we will get a ruling. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Receive and review email response from the IHO advising that he is working on the Order on the MSJ. he advised that he will be ruling in Petitioner's favor and granting most of the relief, so we may want to take this into account re: disclosure deadlines. He doesn't know if he will issue it prior to the five day deadline. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |

28

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 11/01/2016 | Receive and review email from DCPS telling the hearing officer he still plans on reviewing the case for issues of disputed fact even though he was supposed to send anything to the hearing officer by October 31 at noon. He wants the disclosure deadline pushed back. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Receive and review email response from the hearing officer telling DCPS that their chance to identify any disputed material facts is up - as the deadline for October 31 at noon was a firm deadline that DCPS | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Due to the fact that the hearing officer did not rule on the MSJ in time, draft five day disclosure cover sheet including both exhibit and witness list with explanations for filing along with the exhibits already gathered, scanned, and provided along with the MSJ. Prepare for Five day disclosures since the IHO did not yet issue ruling on MSJ and it is due today. | $465.00 hr | 1.10 | 1.10 | $511.50 | 0.00 |
| 11/01/2016 | File five day disclosures since the IHO did not yet issue ruling on MSJ and it is due today. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 11/01/2016 | Receive and review email from DCPS filing a disclosure due to the IHO not issuing the Order on the MSJ as of yet. Review proposed witness list and the list of two exhibits to advise the parent, depending on the ruling | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/01/2016 | Receive and review email from DCPS filing a supplemental disclosure due to the IHO not issuing the Order on the MSJ as of yet. Review proposed witness list and the list of exhibits to advise the parent, depending on the ruling on the motion. Also wanted to identify the additions from the previous disclosure. | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| 11/02/2016 | Receive and review email from the IHO issuing a ruling on the MSJ. Reviewed all dozen pages to be able to determine the basis for our win, why the IHO declined to order an IEP, to understand the Order, and to determine next steps and deadlines. | $465.00 hr | 0.60 | 0.60 | $279.00 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 11/02/2016 | Phone call to the parent to advise her on the favorable decision granting the motion for summary judgment. Advised as to the specifics of his reasoning, the cancellation of the hearing, next steps for implementation, and discussed what the decision means about the following school year and the student | $465.00 hr | 0.30 | 0.30 | $139.50 | 0.00 |
| 11/02/2016 | Draft and send email to Auburn school and the parent providing the Order granting the Motion for Summary Judgment and advising as to next steps/ | $465.00 hr | 0.10 | 0.10 | $46.50 | 0.00 |
| | Total Labor For Alana Hecht | | 109.90 | 107.90 | $50,173.50 | 2.00 |
| | Total Expense For Alana Hecht | | | $0.00 | $0.00 | |
| | Total For Alana Hecht | | | | $50,173.50 | |
| | Grand Total Labor | | 109.90 | 107.90 | $50,173.50 | 2.00 |
| | Grand Total Expenses | | | $0.00 | $0.00 | |
| | Grand Total | | | | $50,173.50 | |
| | Total Times for All Currencies: | | 109.90 | 107.90 | $50,173.50 | 2.00 |

80